AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>1841 Maple Street, North Dighton, MA 02764 and any electronic devices found within as *Described in Attachment B* | ) ) ) ) ) ) )  Case No. 23-4242-DHH |

### APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-1 attached hereto and incorporated herein for all purposes.

located in the _____ District of ___Massachusetts___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B attached hereto and incorporated herein by reference for all purposes.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 793(b), 793(d), 793(e), and 18 U.S.C. § 1924 | Unauthorized removal, retention, and transmission of classified documents or material |

The application is based on these facts:
See attached affidavit of SA Victoria Horne

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Victoria Horne /s/V*
Applicant's signature

Victoria Horne, FBI Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by ___telephone___ *(specify reliable electronic means)*.

Date: __04/13/2023__

Judge's signature

City and state: Boston, Masschusetts

Hon. David H. Hennessy, U.S. Magistrate Judge
Printed name and title